UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN CHRISTIAN NELSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-01061-RLY-MPB ) |
| ANDREW SAUL, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review.  The parties were afforded due opportunity pursuant to statute and the rules of this court to file objection; none were filed.  The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation

**SO ORDERED** this 14th day of September 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record